UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

THOMAS ANDERSON, et. al.,

    Plaintiffs,

v.

UNITED AIRLINES, INC.,

    Defendant.
_____/

Case No.: 21-1050 TJC-LLL

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (D.E. 45)

    Plaintiffs, Thomas Anderson, et. al., with the consent of Defendant, United Airlines, Inc., respectfully request the Court for a ten (10) day extension of time to respond to Defendant's Motion to Dismiss (D.E. 45) up and through February 11, 2022; and in support states:

    1. Plaintiffs' operative pleading (Third Amended Verified Class Action Complaint or "Complaint") was filed on November 17, 2021 (D.E. 27).

    2. On January 12, 2022, Defendant filed a Motion to Dismiss (D.E. 45) Plaintiffs' Complaint (D.E. 27).

    3. A response is presently due; however, Plaintiffs are seeking an additional ten (10) days to submit its response in opposition.

    4. Undersigned has conferred with counsel for Defendant, who have graciously agreed to Plaintiffs' request for the additional time as undersigned

has had to move twice within the last four (4) weeks; and had other work to complete in the interim.

5. This motion is made in good faith and not for purposes of delay.

## Local Rule 3.01(g) Certification

Undersigned certifies that he has conferred with counsel for the opposing party and the parties agree on the resolution of all aspects of the requests contained in this motion.

/ s/  Kenneth W. Ferguson
Kenneth W. Ferguson, Esq.
~Psalm 23~


WHEREFORE, Plaintiffs respectfully request the Court allow Plaintiffs an additional ten (10) days to respond to Defendant's Motion to dismiss Plaintiffs Complaint (D.E. 45), and any further relief the Court deems just and proper under the circumstances.

Respectfully submitted,

FERGUSON LAW, P.A.
Attorney for Plaintiffs
1 East Broward Blvd. Suite #700
Fort Lauderdale, Florida 33301
T – (954) 256 – 5646
F – (954) 256 – 5655
E-Mail: Wayne@FergusonLawPA.com

/ s/  Kenneth W. Ferguson
Kenneth W. Ferguson, Esq.
Fla Bar No.: 98950

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 2, 2022, electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

FERGUSON LAW, P.A.
Attorney for Plaintiffs
1 East Broward Blvd. Suite #700
Fort Lauderdale, Florida 33301
T – (954) 256 – 5646
F – (954) 256 – 5655
Service: Service@FergusonLawPA.com
E-Mail: Wayne@FergusonLawPA.com

/ s/  Kenneth W. Ferguson
Kenneth W. Ferguson, Esq.
Fla Bar No.: 98950

~Psalm 23~