## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **THOMAS ANDERSON, ET AL**, | |
| Plaintiffs, | Case No. 3:21-cv-1050-TJC-LLL |
| -against- | |
| **UNITED AIRLINES, INC., ET AL**, | |
| Defendant. | |
| **THOMAS ANDERSON, ET AL**, | |
| Plaintiffs, | Case No. 3:22-cv-107-TJC-LLL |
| -against- | |
| **UNITED AIRLINES, INC., ET AL**, | |
| Defendant. | |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF JOHN M. PIERCE TO APPEAR AS A NON-RESIDENT LAWYER AND REQUEST TO ELECTRONICALLY <u>RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 2.02(c) of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the special admission of non-resident lawyer John M. Pierce (California State Bar No. 250443) of the law firm John Pierce Law P.C., 12250 Oxnard Street, Woodland Hills, CA 91367; (213) 279-7846; jpierce@johnpiercelaw.com, for purposes of appearance as counsel on behalf of all Plaintiffs in the above-referenced matters, and to receive electronic filings in this case, and in support thereof, states as follows:

1.      John M. Pierce is not admitted to practice in the Middle District of Florida and is a member in good standing of the bars in the State of California, the Northern, Central and Eastern Districts of California, the Western District of Pennsylvania, the Eastern District of Texas, the District Court of District of Columbia, the 3rd Circuit Court of Appeals, the 9th

Circuit Court of Appeals, the D.C. Circuit Court of Appeals and the Supreme Court of the United States.

2.      John M. Pierce, by and through designated counsel, hereby requests the Court to provide Notice of Electronic Filings to John M. Pierce at email address:

jpierce@johnpiercelaw.com and rtorres@johnpiercelaw.com.

3.      I have not abused the privileged of special admission by maintaining a regular practice in Florida. I have not appeared in any case within the last thirty-six months in state or federal court in Florida.

4.      I will comply with the federal rules and this Court's local rules.

5.      In accordance with the local rules of this Court, John M. Pierce has made payment of this Court's $150.00 admission fee or will pay the fee upon special admission.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to M.D. Fla. L.R. 3.01(g), counsel for Plaintiffs have conferred with counsel for all parties by email on March 24, 2022 and represent that all parties have no objections to the granting of this Motion.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion for John M. Pierce to Specially Appear as a non-resident lawyer before this Court on behalf of all Plaintiffs, for all purposes relating to the proceedings in the above-referenced matters and directing the Clerk to provide notice of electronic filings to John M. Pierce.

Date: March 24, 2022                    Respectfully submitted,

John M. Pierce
John Pierce Law
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91367
(213) 279-7846
jpierce@johnpiercelaw.com

*Attorneys for All Plaintiffs*