UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| THOMAS ANDERSON, ET AL,<br><br>    Plaintiffs,<br><br>-against-<br><br>UNITED AIRLINES, INC., ET AL,<br><br>    Defendant. | Case No. 3:21-cv-1050-TJC-LLL |
| THOMAS ANDERSON<br><br>    Plaintiff,<br><br>-against-<br><br>UNITED AIRLINES, INC., ET AL,<br><br>    Defendants. | Case No. 3:22-cv-107-TJC-LLL |

## NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE

**WHEREAS**, no defendant has filed an answer or a motion for summary judgment in these actions;

**NOW, THEREFORE**, all Plaintiffs hereby voluntarily dismiss these actions in their entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 28, 2022

                                               John M. Pierce
                                               **JOHN PIERCE LAW**
                                               21550 Oxnard Street
                                               3rd Floor, PMB#172
                                               Woodland Hills, CA 91637
                                               (213) 279-7846
                                               jpierce@johnpiercelaw.com

                                               *Attorneys for Plaintiffs*